**ORIGINAL**

P/SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 06-3698-GHK(JWJx) | Date | AUGUST 28, 2006 |
| Title | CITY OF SAN BUENAVENTURA vs. TYLER TECHNOLOGIES, INC. | | |

Presiding: The Honorable **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

IAN C. BALLON

Attorneys Present for Defendants:

ROBERT J. HATEM

**Proceedings:  SCHEDULING CONFERENCE**

Court conducts scheduling conference with counsel, and issues the following scheduling order:

1. All fact discovery shall be completed by no later than November 28, 2006.
2. The parties shall designate their expert witnesses, and make the required disclosures, by no later than November 28, 2006, and do likewise for any rebuttal expert witnesses by no later than December 12, 2006.
3. All expert discovery shall be completed by no later than December 28, 2006.
4. The parties shall comply with Local Rule 16-14 by no later than January 12, 2007. The parties advise the court that they intend to conduct private mediation before Mr. Jeffrey Kichaven. Within 14 days hereof, counsel shall file a joint status report with the court setting forth the date set for mediation before Mr. Kichaven that is within the deadline set forth above.
5. If the case settles, counsel shall notify the court clerk forthwith. If the case does not settle, counsel shall file a joint status report with the court within 48 hours of termination of settlement discussions. This status report shall also address whether the parties believe any dispositive motion would be appropriate.
6. The court will issue such other orders as may be appropriate after it reviews that joint status report.

**IT IS SO ORDERED.**

DOCKETED ON CM
AUG 30 2006
BY _____ 021

                                                                    -- 13
Initials of Preparer       Bea