# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | | | |
|---|---|---|---|
| Case No. | CV06-3698-GHK(JWJx) | Date | January 5, 2007 |
| Title | City of San Buenaventura -v- Tyler Technologies, Inc. | | |

Present: The Honorable **Jeffrey W. Johnson, United States Magistrate Judge**

| Amalia Chevalier | | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

N/A                                   N/A

**Proceedings:** **(IN CHAMBERS) RE: Joint Request for Telephonic Conference With Magistrate Judge Regarding Discovery Issues (filed December 26, 2006)**

The Court has reviewed the above-entitled joint request. The joint request is **DENIED**. The parties must comply with the Local Rules of this Court. Further, if the parties desire to change previously set discovery deadlines, the parties are directed to address that request to Judge King.

00 : 00

Initials of Preparer ac

DOCKETED ON CM
JAN - 9 2007