ORIGINAL

P/SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 06-3698-GHK(JWJx) | Date JANUARY 23, 2007 |
| Title CITY OF SAN BUENAVENTURA vs. TYLER TECHNOLOGIES, INC. | |

Presiding: The Honorable **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

(NONE)   (NONE)

**Proceedings:** (IN CHAMBERS) ORDER EXTENDING SCHEDULING DATES

We have considered the parties "joint stipulation and proposed agreed scheduling order" lodged on January 17, 2007. We reject that stipulation, but grant the following extension of the scheduling order:

1. All fact discovery shall be completed by no later than February 28, 2007.
2. The parties shall designate their expert witnesses, and make the required disclosures, by no later than February 28, 2007, and do likewise for any rebuttal expert witnesses by no later than March 14, 2007.
3. All expert discovery shall be completed by no later than March 30, 2007.
4. Any dispositive motion shall be filed in full compliance with the Local Rules, including Local Rule 7-3, by no later than April 30, 2007, and noticed for hearing regularly thereafter under the Local Rules.

We will set pre-trial conference and trial dates after resolution of the dispositive motion.

No further extensions of these scheduling dates will be granted.

**IT IS SO ORDERED.**



Initials of Preparer   Bea