GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
WENDY M. MANTELL (SBN 225544)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
ballon@gtlaw.com; blancheb@gtlaw.com;
mantellw@gtlaw.com

Attorneys for Plaintiff and Counterclaim Defendant
City of San Buenaventura

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN BUENAVENTURA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>Defendant.<br><br>And Related Counterclaim. | CASE NO. CV 06-3698 GHK (JWJx)<br><br>**STIPULATION RE: DISMISSAL OF ACTION** |

**ORIGINAL**

STIPULATION RE: DISMISSAL OF ACTION

LA 126727505v1 2/20/2007

WHEREAS on May 22, 2006, Plaintiff City of San Buenaventura ("Ventura") filed an action for intentional misrepresentation, negligent misrepresentation, breach of contract and breach of the covenant of good faith and fair dealing against Defendant Tyler Technologies, Inc. ("Tyler") in the Superior Court of California for the county of Ventura;

WHEREAS on or about June 14, 2006, Tyler removed this action to the United States District Court for the Central District of California and on or about June 21, 2006 filed an Answer to Ventura's Complaint and asserted a counterclaim for breach of contract; and

WHEREAS on February 22, 2007, the parties entered into a Settlement Agreement settling all claims and counterclaims at issue in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: February 22, 2007

GREENBERG TRAURIG, LLP

By _____
IAN C. BALLON
WENDY M. MANTELL

Attorneys for Plaintiff
CITY OF SAN BUENAVENTURA

DATED: February 26, 2007

HUGHES LUCE LLP

By _____
CRAIG W. BUDNER
ASHLEY V. DIXON

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

IT IS SO ORDERED:

DATE: 3/1/07

_____
United States District Judge

STIPULATION RE: DISMISSAL OF ACTION

LA 126727505v1 2/20/2007

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.**

On February 28, 2007, I served the **STIPULATION RE: DISMISSAL OF ACTION** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

*Please see attached service list*

☐ **(BY FACSIMILE)**
On [date], I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission.

☒ **(BY MAIL)**

☐ I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 28, 2007, at Santa Monica, California.

*Sharon Loving*
Sharon Loving

---

2
STIPULATION RE: DISMISSAL OF ACTION

LA 126727505v1 2/26/2007

## SERVICE LIST

| | |
|---|---|
| Greg A. Garbacz, Esq.<br>Robert J. Haterm, Esq.<br>KLINEDINST PC<br>777 South Figueroa Street, Suite 4700<br>Los Angeles, CA 90017 | Craig W. Budner, Esq.<br>Ashley V. Dixon, Esq.<br>HUGHES LUCE LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

STIPULATION RE: DISMISSAL OF ACTION

LA 126727505v1 2/26/2007